# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | |
|---|---|---|
| **Case Number:** 14-54319 CMC | **Trustee:** | Larry J. McClatchey |
| **Case Name:** Darcell Lee McLain | **Filed (f) or Converted (c):** | 06/16/14 (f) |
| Kathryn Anne McLain | **§341(a) Meeting Date:** | 07/24/14 |
| **Period Ending:** 09/30/14 | **Claims Bar Date:** | 10/22/14 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 13274 Fancher Road, Westerville, Ohio 43082 | 279,800.00 | 0.00 | | 0.00 | FA |
| 2 | Commercial Building: 3080 Lamb Avenue, Columbus, Ohio 43219 | 217,200.00 | 13,000.00 | | 0.00 | 158,000.00 |
| 3 | Rental Property - 6095 Darkar Rd., Westerville | 126,000.00 | 0.00 | OA | 0.00 | FA |
| 4 | Rental - 1972 trailer on a lot in Nakomis, Florida<br>Trailer sits at 86 Azalea Street, Nakomis, Florida; rents for $1500/month in the summer. | 1,000.00 | 1,000.00 | | 0.00 | 1,000.00 |
| 5 | Personal Chase checking and savings account | 168.00 | 0.00 | | 0.00 | FA |
| 6 | household goods | 5,000.00 | 0.00 | | 0.00 | FA |
| 7 | clothing | 750.00 | 0.00 | | 0.00 | FA |
| 8 | jewelry | 1,500.00 | 0.00 | | 0.00 | FA |
| 9 | Life insurance - spouse is beneficiary - cash value of $3,803 | 3,803.00 | 0.00 | | 0.00 | FA |
| 10 | Prudential Universal Life Insurance - $50,000 death benefit - cash value -$7,000 - loan of $7,000+ | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Prudential Universal Life Insurance - $50,000 death benefit - cash value $5,000 - loan of $5,000+ | 0.00 | 0.00 | | 0.00 | FA |
| 12 | IRA | 527.00 | 0.00 | | 0.00 | FA |
| 13 | 403b | 27,568.00 | 0.00 | | 0.00 | FA |
| 14 | Interest in McLain Enterprises LLC<br>(see footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 15 | 2002 Harley Davidson FLSTF Fat Boy | 8,435.00 | 0.00 | | 0.00 | FA |
| 16 | 2009 Toyota Venza<br>(see footnote) | 13,575.00 | 4,900.00 | | 0.00 | 13,575.00 |
| 17 | 1995 Chevrolet G20 Sportvan (u)<br>Insured with Consolidated Insurance Group | 565.00 | 0.00 | | 0.00 | FA |
| 18 | 1988 GMC C6500 (u)<br>Insured with Consolidated Insurance Group | 1,875.00 | 1,875.00 | | 0.00 | 1,875.00 |
| 19 | 2 horses - ages 16 and 20Residence | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| Case Number: | 14-54319 CMC | Trustee: | Larry J. McClatchey |
|---|---|---|---|
| Case Name: | Darcell Lee McLain | Filed (f) or Converted (c): | 06/16/14 (f) |
| | Kathryn Anne McLain | §341(a) Meeting Date: | 07/24/14 |
| Period Ending: | 09/30/14 | Claims Bar Date: | 10/22/14 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 20 | Carpet Cleaning Machine (u) | 0.00 | 1,000.00 | | 0.00 | 1,000.00 |
| 21 | McLain's Lawn Care Services, Inc. (u) | 0.00 | 0.00 | | 0.00 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$687,766.00** | **$21,775.00** | | **$0.00** | **$175,450.00** |

Regarding Property #14   [Objected to Exemption]
Regarding Property #16   [Objected to Exemptions]
Insured with Consolidated Insurance Group

**Major activities affecting case closing:**
REPORT NO. 2 (September, 2014):
The claims bar date is October 22, 2014.  In October, 2014, Trustee will discuss the equity of vehicles with Debtor's counsel and employ Ohio Banc Auction to sell the van and cleaning machine. Trustee is attempting to sell the Debtor's warehouse with Huntington Bank's consent.  Discussions with a realtor in September, 2014 concerning same.  Conference in August, 2014 with Ohio Banc Auction concerning selling van with carpet cleaning machine.  Letter to counsel in July, 2014, concerning equity in Debtor's vehicles.

**Initial Projected Date of Final Report (TFR):** December 31, 2015          **Current Projected Date of Final Report (TFR):** December 31, 2015

| October 03, 2014 | /s/ Larry J. McClatchey |
|---|---|
| Date | Larry J. McClatchey |